**Order entered April 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00016-CV

## CHRISTOPHER A. JACKSON, Appellant

## V.

## ERICA SHARNELL DALLAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-1800750-V**

## ORDER

By order dated April 17, 2019, the Court ordered the court reporter to either file the reporter's record, written verification no hearings were recorded, or written verification that appellant has not paid for or made arrangements to pay for the reporter's fee and has not been found entitled to proceed without payment of costs. We cautioned appellant that if the Court received verification that he has not been found entitled to proceed without costs and has not paid or made arrangements to pay for the reporter's record, we would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

By letter dated April 18, 2019, the court reporter notified the Court that appellant has not been found entitled to proceed without costs and has not paid for or made arrangements to pay

for the reporter's record. Accordingly, we order the appeal submitted without the reporter's record. *See id.*

Appellant's brief on the merits is due **May 23, 2019**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE